**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                          Case No. 6:24-cr-26-CEM-DCI

**TIMOTHY DEAN JERNIGAN,**

    **Defendant.**

_____/

**UNOPPOSED MOTION FOR TWO-WEEK EXTENSION OF DEADLINE FOR FILING A JOINT MOTION FOR APPOINTMENT OF AN EXPERT TO DETERMINE COMPETENCY**

Defendant Timothy Jernigan, through his undersigned attorney, asks for leave from the Court to file a joint motion for appointment of an expert to determine competency. In support, undersigned counsel states:

At the initial appearance on January 25, 2024, this Court ordered parties to file a joint motion for competency evaluation within seven days. Undersigned counsel and Assistant United States Attorney Michael Sartoian have been in communication regarding the joint motion for competency evaluation and need additional time to collect mental health records and come to an agreement.

Pursuant to Local Rule 3.01(g), undersigned counsel conferred with Assistant United States Attorney Michael Sartoian, and he does not object.

WHEREFORE, undersigned counsel asks for leave from this Court to file the Joint Motion for Competency Evaluation and/or to Appoint an Expert no later than Friday, February 16, 2024.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER, MDFL

*/s/Jenna N. Kelly*
Jenna N. Kelly, Esq.
Assistant Federal Defender
Florida Bar No.106365
201 S. Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: jenna_kelly@fd.org
Attorney for Mr. Jernigan

**CERTIFICATE OF SERVICE**

I Hereby Certify that the undersigned electronically filed the foregoing *Unopposed Motion for Two-Week Extension of Deadline for Filing a Joint Motion for Appointment of an Expert to Determine Competency* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to the following: Michael Sartoian, Assistant United States Attorney, this the 2nd day of February 2024.

*/s/Jenna N. Kelly*
Jenna N. Kelly